UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TOLAND JEROME BONNER

v. Case No. 5:26-cv-146-TKW-ZCB

RICHARD COMERFORD,

**REFERRAL AND ORDER**

Referred to Magistrate Judge Bolitho on: October 5, 2026
Type of motion/pleading: Motion to Amend
Filed by: Petitioner on 10/1/26 Doc. 31

JESSICA LYUBLANOVITS,
CLERK OF COURT
*/s/ Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

---

**ORDER**

Upon consideration, it is **ORDERED** this 5th day of October 2026, that:

Petitioner has submitted a motion for leave to file a second amended habeas petition (Doc. 31), a motion to exceed the page limit (Doc. 32) and a proposed second amended petition (Doc. 33). Respondent opposes the motions. (Doc. 34). Because the Court needs time to assess the parties' arguments, and given Respondent's deadline to answer the currently operative amended petition (Doc. 9) is today, October 5, 2026 (*see* Doc. 10), Respondent's deadline to answer the amended petition is **TOLLED** pending further order.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge